[No. 21197-1-II.    Division Two.    August 22, 1997.]

*In the Matter of the Welfare of* A.A.R.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-7-00020-9, H. Haarmann, J. Pro Tem., entered October 14, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 21217-0-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA M. WARNESS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00222-7, F. Mark McCauley, J., entered September 30, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 21241-2-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY L. BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-1-00231-8, David R. Draper, J., entered October 10, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 21265-0-II.    Division Two.    August 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGIE I. BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00136-1, David E. Foscue, J., entered October 14, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.